BANCA COMMERCIALE ITALIANA TRUST COMPANY, Appellant, v. ROSA GENTILE, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No

opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.